UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RICHARD ZANOL, Individually and on Behalf of All Others Similarly Situated,<br><br><br><br>Plaintiff,<br><br>vs.<br><br>QUANEX BUILDING PRODUCTS CORPORATION, GEORGE L. WILSON, and SCOTT M. ZUEHLKE,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 4:25-CV-04453 |

---

**JOINT MOTION TO CONTINUE INITIAL PRETRIAL CONFERENCE AND EXTEND ANSWER DEADLINE**

---

Plaintiff Richard Zanol ("Plaintiff") and Defendants Quanex Building Products Corporation, George L. Wilson, and Scott M. Zuehlke (collectively, "Defendants") file this *Joint Motion to Continue the Initial Pretrial Conference and Extend Answer Deadline* and in support of the Motion, state as follows:

1.      On September 19, 2025, Plaintiff filed a Class Action Complaint in this matter. (ECF No. 1.)

2.      On September 22, 2025, the Court issued the Order Setting Conference that sets the initial pretrial conference on December 5, 2025. (ECF No. 5.) The Order Setting Conference requires the parties to submit a joint case management plan and agree upon pretrial deadlines before the initial pretrial conference on  December 5, 2025.

3.      On October 17, 2025, Defendants signed waivers of service that would require an Answer on or before December 15, 2025. (ECF No. 7.)

4.      Pursuant to the Private Securities Litigation Reform Act, class members have until November 18, 2025 to file motions to be appointed lead plaintiff.  *See* 15 U.S.C § 78u-4(a)(3).  In addition, the lead plaintiff, subject to the approval of the Court, must select and retain counsel to represent the class.  *See* 15 U.S.C § 78u-4(a)(3)(B)(v).

5.      The parties anticipate that the Court-appointed lead plaintiff will seek to file an amended complaint, and that Defendants will move to dismiss the amended complaint.

6.      Under the Private Securities Litigation Reform Act, all discovery and other proceedings are stayed pending the resolution of the motion to dismiss. *See* 15 U.S.C § 78u-4(b)(3)(B).

7.      Given the expected lead plaintiff motion practice, and subsequent pleadings, Plaintiff and Defendants submit that good cause exists to reschedule the initial pretrial conference and vacate Defendants' December 15, 2025 deadline to respond to the complaint.

8.      For the proper administration of justice in a case under the Private Securities Litigation Reform Act, the parties respectfully request; (a) that the Court reschedule the initial pretrial conference to a date to be determined by the Court after the Court decides any motions regarding appointment of a lead plaintiff and approves lead counsel; (b) that the deadline for Defendants to file an answer or responsive pleading to the complaint be vacated; and (c) within fourteen (14) days of appointment of a lead plaintiff pursuant to 15 U.S.C. § 78u-4(a)(3), counsel for the lead plaintiff and counsel for Defendants shall meet and confer regarding a schedule for the filing of an amended complaint (if any) and the filing of any motion to

dismiss, and shall submit a stipulation with the parties' proposed schedule for the Court's approval.

Dated:  November 11, 2025

Respectfully submitted,

**KENDALL LAW GROUP, PLLC**

By: */s/ Joe Kendall w/ permission VTT*
Joe Kendall
Texas Bar No. 11260700
S.D. Tex. Bar No. 30973
3811 Turtle Creek Blvd., Suite 825
Dallas, Texas 75219
Telephone: 214-744-3000
Facsimile: 214-744-3015
Email: jkendall@kendalllawgroup.com

**GLANCY PRONGAY & MURRAY LLP**
Charles H. Linehan
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:  310.201.9150
Facsimile:   310.201.9160
Email: CLinehan@glancylaw.com

*Attorneys for Plaintiff Richard Zanol*

**FOLEY & LARDNER LLP**

By:          */s/ Vi T. Tran*
          Bryan B. House (*pro hac vice
          application pending*)
          **Attorney-in-Charge**
          Wisconsin Bar No. 1022054
          bhouse@foley.com
          777 East Wisconsin Avenue
          Milwaukee, WI 53202-5306
          Telephone:  414.297.5554
          Facsimile:   414.297.4900

          Vi T. Tran
          Texas Bar No. 24093274
          SDTX Federal No. 2523511
          vtran@foley.com
          Paula Toro
          Texas Bar No. 24115865
          SDTX Federal No. 3479850
          ptoro@foley.com
          Rick Ali
          Texas Bar No. 24142625
          SDTX Federal No. 3907938
          rick.ali@foley.com
          1000 Louisiana Street, Suite 2000
          Houston, TX  77002
          Telephone:  713.276.5500
          Facsimile:   713.276.5555

          *Attorneys for Defendants
          Quanex Building Products Corporation,
          George L. Wilson, and Scott M. Zuehlke*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 11, 2025, I electronically filed the foregoing document using the CM/ECF system and that this document was served on all counsel of record pursuant to the Federal Rules of Civil Procedure.

Joe Kendall
**KENDALL LAW GROUP, PLLC**
3811 Turtle Creek Blvd., Suite 825
Dallas, Texas 75219
Telephone: 214-744-3000
Email: jkendall@kendalllawgroup.com

Charles H. Linehan
**GLANCY PRONGAY & MURRAY LLP**
1925 Century Park East, Suite 2100
Los Angeles, CA  90067
Telephone:  310.201.9150
Email: CLinehan@glancylaw.com

*Attorneys for Plaintiff*
*Richard Zanol*

/s/      *Vi T. Tran*
Vi T. Tran