United States District Court
Southern District of Texas

**ENTERED**

November 13, 2025

Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

|  |  |  |
|---|---|---|
| Richard Zanol, Individually and on Behalf of All Others Similarly Situated, | § § § § § | |
|  | § | Civil Action No. 4:25-cv-04453 |
| *Plaintiff,* | § § | |
| v. | § § | |
| Quanex Building Products Corporation, et al., | § § § | |
| *Defendants.* | § § | |

## ORDER GRANTING CONTINUANCE

In this putative class action under the Private Securities Litigation Reform Act, Plaintiff Richard Zanol and Defendants Quanex Building Products Corporation, George L. Wilson, and Scott M. Zuehlke filed a joint motion to continue the initial conference and extend the answer deadline. Dkt. 10. Finding good cause, the Court **GRANTS** the motion and **ORDERS** as follows:

- the December 5, 2025 initial pretrial conference will be reset after the Court resolves the forthcoming motion to appoint a lead plaintiff and approves lead counsel;

- Defendants' December 15, 2025 deadline for filing an answer or other response is stayed pending the meet-and-confer described below; and

- within fourteen days after a lead plaintiff is appointed under 15 U.S.C. § 78u-4(a)(3), counsel for the lead plaintiff and counsel

for Defendants must promptly meet and confer regarding a schedule for filing both an amended complaint (if any) and the filing of any motion to dismiss, and must submit a joint proposed schedule for the Court's approval.

Signed on November 13, 2025, at Houston, Texas.

Yvonne Y. Ho
United States Magistrate Judge