United States District Court
Southern District of Texas
**ENTERED**
February 13, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| **RICHARD ZANOL**, Individually, and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>**QUANEX BUILDING PRODUCTS CORPORATION, GEORGE L. WILSON,** and **SCOTT M. ZUEHLKE,**<br><br>Defendants. | Case No. 4:25-cv-04453<br><br>CLASS ACTION<br><br>JURY TRIAL DEMAND |

**STIPULATION AND | ORDER TO AMEND THE CASE CAPTION AND SET THE SCHEDULE FOR THE FILING OF AN AMENDED COMPLAINT AND DEFENDANTS' RESPONSES THERETO**

WHEREAS, on September 19, 2025, an initial Complaint in this action (the "Action") was filed by Plaintiff Richard Zanol (ECF No. 1);

WHEREAS, on November 11, 2025, Plaintiff Richard Zanol and Defendants Quanex Building Products Corporation, George L. Wilson, and Scott M. Zuehlke ("Defendants") filed a joint motion to continue the initial pretrial conference and extend the time for Defendants to answer the Complaint until after the filing of an amended complaint and the briefing of a motion to dismiss (ECF No. 10);

WHEREAS, on November 13, 2025, the Court granted the joint motion and directed that within 14 days of an order appointing lead plaintiff and lead counsel the parties shall meet and confer and submit for the Court's approval a joint proposed schedule for the filing of an amended complaint and a briefing schedule on a motion to dismiss (ECF No. 12);

WHEREAS, on January 29, 2026, the Court entered an order appointing the Roofers' Pension Fund as lead plaintiff ("Lead Plaintiff") and Scott+Scott Attorneys at Law LLP as lead counsel (ECF No. 17); and

WHEREAS, the parties met and conferred and agreed upon a new caption for the Action and joint proposed schedule for the filing of an amended complaint and a briefing schedule on a motion to dismiss.

NOW, THEREFORE, the Parties hereby stipulate, agree, and respectfully request that the Court enter an Order as follows:

1.    The caption of this Action is hereby amended to read: "*In re Quanex Building Products Corporation Securities Litigation*"; and

2.    The Court sets the following schedule for the filing of an amended complaint and Defendants' anticipated motion to dismiss:

(a)    Lead Plaintiff will file their amended complaint on or before **March 24, 2026**;

(b)    Defendants will file their motion to dismiss on or before **May 15, 2026**;

(c)    Lead Plaintiff will file their opposition to Defendants' motion to dismiss on or before **June 22, 2026**; and

(d)    Defendants will file their reply in support of their motion to dismiss on or before **July 13, 2026**.

Dated: February 12, 2026

_____/s/ Bryan B. House_____
BRYAN B. HOUSE

**FOLEY & LARDNER LLP**
Bryan B. House (*pro hac vice*)
777 E Wisconsin Ave
Milwaukee, WI 53202
bhouse@foley.com
Telephone: (414) 297-5554
Facsimile: (414) 297-4900

_____/s/ Jeffrey P. Jacobson_____
Jeffrey P. Jacobson

**SCOTT+SCOTT ATTORNEYS AT LAW LLP**
Max R. Schwartz (*pro hac vice*)
Jeffrey P. Jacobson (*pro hac vice*)
The Helmsley Building
230 Park Avenue, 24th Floor
New York, NY 10169

Vi T. Tran
Texas Bar No. 24093274
SDTX Federal No. 2523511
1000 Louisiana, Suite 2000
Houston, TX 77002
vtran@foley.com
Telephone: (713) 276-5500
Facsimile: (713) 276-5555

*Counsel for Defendants Quanex Building Products Corporation, George L. Wilson, and Scott M. Zuehlke*

Telephone: 212-233-6444
Facsimile: 212-233-6334
mschwartz@scott-scott.com
jjacobson@scott-scott.com

*Lead Counsel for Lead Plaintiff Roofers' Pension Fund*

**FOGLER, O'NEIL & GRAY, LLP**
Murray Fogler
State Bar No. 07207300
SDTX Federal No. 2003
909 Fannin, Suite 1640
Houston, Texas 77010
Telephone: 713-481-1010
Facsimile: 713-574-3224

*Local Counsel for Lead Plaintiff Roofers' Pension Fund*

\*    \*    \*

**ORDER**

IT IS SO ORDERED.

Dated: 2|13|26

_____
Andrew S. Hanen, U.S.D.J.

- 3 -